UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>v.<br><br>MARSH USA INC.,<br><br>    Defendant. | Case No. 1:23-CV-13017-ADB |

**JOINT MOTION FOR LIMITED EXTENSION
TO DISCOVERY AND RELATED DEADLINES**

The Plaintiff, President and Fellows of Harvard College, and the Defendant, Marsh USA Inc.,[1] (collectively, the "Parties") in the above captioned action jointly move for a limited extension to discovery and related deadlines as follows:

1. The status of discovery is currently as follows:

    a. The Parties have exchanged document requests and interrogatories and made progress toward productions of responsive documents; and

    b. the Parties have met and conferred on several occasions, most recently on February 7, 2025, regarding their respective productions and requests in an effort to limit discovery motion practice, and those conferences are continuing.

2. In view of the Parties continuing efforts to cooperatively complete remaining discovery, the Parties request a limited extension (approximately 60 days) to the discovery and related deadlines as set forth in this Court's September 27, 2024, Scheduling Order (Dkt. 29) and have conferred on a proposed revised scheduling order in the form attached.

---

[1] Marsh USA Inc. is now known as "Marsh USA LLC." Marsh USA Inc. and Marsh USA LLC will be referred to collectively here as "Marsh."

3. The Parties seek to amend the Court's September 27, 2024 Scheduling Order as follows:

    a. **Fact Discovery.**

        i. All fact discovery must be completed by May 30, 2025.

        ii. Requests for admission under Fed. R. Civ. P. 36 shall be served no later than April 4, 2025.

    b. **Expert Discovery.**

        **i.** Expert disclosures (if any) pursuant to Rule 26(a)(2) by the party bearing the burden of proof shall be made by May 16, 2025.

        **ii.** Expert rebuttal disclosures shall be made by June 13, 2025.

        **iii.** Expert sur-rebuttal disclosures (if any) shall be made by June 20, 2025.

        **iv.** Expert depositions shall be complete by July 18, 2025.

    c. **Dispositive Motions.**

        i. Pre-trial dispositive motions, including motions for summary judgment, partial summary judgment, and judgment on the pleadings, shall be filed on or before August 22, 2025.

        ii. Oppositions to pre-trial dispositive motions must be filed by September 19, 2025.

        **iii.** Replies to pre-trial dispositive motions must be filed by October 3, 2025.

In all other respects this Court's Scheduling Order dated September 27, 2024, continues to apply

4. This is the first request by any party for an extension to such dates, no pre-trial conference has been set, and no status conference has been set.

## CONCLUSION

For these reasons, the Parties respectfully request that this Court grant their request for a limited extension to discovery and related deadlines.

Dated: February 13, 2025

Respectfully submitted,

| | |
|---|---|
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE** | **MARSH USA INC. (n/k/a MARSH USA LLC)** |
| By its attorneys, | By its attorneys, |
| */s/ Daniel W. Sack* | */s/ Jonathan I. Handler* |
| Robert J. Gilbert, BBO# 565466 | Jonathan I. Handler, BBO #561475 |
| Daniel W. Sack, BBO# 699290 | Denise M. Paarlberg, BBO #713970 |
| LATHAM & WATKINS LLP | DAY PITNEY LLP |
| 200 Clarendon Street, 27th Floor | One Federal Street |
| Boston, MA 02116 | Boston, MA 02110 |
| Telephone: (617) 948-6000 | Telephone: (617) 345-4600 |
| Facsimile: (617) 948-6001 | Facsimile: (617) 345-4745 |
| robert.gilbert@lw.com | jhandler@daypitney.com |
| daniel.sack@lw.com | dpaarlberg@daypitney.com |

## Local Rule 7.1 Certification

I hereby certify that counsel have conferred pursuant to Local Rule 7.1 in an effort to narrow or avoid this motion, and both parties have agreed to jointly seek the relief requested herein.

> */s/ Denise M Paarlberg*_____
> Denise M. Paarlberg

121369445.5

## CERTIFICATE OF SERVICE

      I, Denise M. Paarlberg, hereby certify that I have, on February 13, 2025, served a copy of the foregoing document, by causing a copy thereof, to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF). Participants in this case not registered on the ECF system, if any, will receive service through electronic mail to the following recipients:

    Robert J. Gilbert, BBO# 565466
    Daniel W. Sack, BBO# 699290
    LATHAM & WATKINS LLP
    200 Clarendon Street, 27th Floor
    Boston, MA 02116
    Telephone: (617) 948-6000
    Facsimile: (617) 948-6001
    robert.gilbert@lw.com
    daniel.sack@lw.com

                                                */s/ Denise M Paarlberg*_____
                                               Denise M. Paarlberg

121369445.5