UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br><br>                              Plaintiff,<br>v.<br><br>MARSH USA INC.,<br><br>                              Defendant. | Civil Action No.: 1:23-cv-13017-ADB |

**JOINT MOTION FOR LIMITED EXTENSION
TO DISCOVERY AND RELATED DEADLINES**

The Plaintiff, President and Fellows of Harvard College, and the Defendant, Marsh USA Inc.,[1] (collectively, the "Parties") in the above captioned action jointly move for a limited extension to discovery and related deadlines as follows:

1. The status of discovery is currently as follows:

   a. The Parties have exchanged document requests and interrogatories and have produced responsive documents;

   b. the Parties have exchanged communications regarding their respective productions and requests in an effort to limit discovery motion practice, and those communications are continuing; and

   c. the Parties have served deposition notices for several key witnesses.

2. In view of the Parties' continuing efforts to cooperatively complete discovery, the Parties request an extension to the discovery and related deadlines as set forth in the Parties'

---

[1] Marsh USA Inc. is now known as "Marsh USA LLC." Marsh USA Inc. and Marsh USA LLC will be referred to collectively here as "Marsh."

February 13, 2025 Joint Motion (Dkt. 35), which the Court granted on the same day (Dkt. 36).

3. The Parties seek to amend the existing deadlines as follows:

    a. **Fact Discovery.**

        i. All fact discovery must be completed by August 15, 2025.

        ii. Requests for admission under Fed. R. Civ. P. 36 shall be served no later than August 15, 2025.

    b. **Expert Discovery.**

        i. Expert disclosures (if any) pursuant to Rule 26(a)(2) by the party bearing the burden of proof shall be made by August 29, 2025.

        ii. Expert rebuttal disclosures shall be made by September 29, 2025.

        iii. Expert sur-rebuttal disclosures (if any) shall be made by October 6, 2025.

        iv. Expert depositions shall be completed by November 24, 2025.[2]

    c. **Dispositive Motions.**

        i. Pre-trial dispositive motions, including motions for summary judgment, partial summary judgment, and judgment on the pleadings, shall be filed on or before December 22, 2025.

        ii. Oppositions to pre-trial dispositive motions must be filed by January 26, 2026.

        iii. Replies to pre-trial dispositive motions must be filed by February 9, 2026.

4. In all other respects, this Court's September 27, 2024 Scheduling Order (Dkt. 29) continues to apply.

5. This is the second request by the Parties for an extension to such dates and no pre-trial conference has been set. The Court has scheduled a remote status conference for June 4, 2025 (Dkt. 37). Assuming the Court intended to hold this status conference shortly after the close of discovery, the Parties respectfully request the Court to postpone this status conference until

---

[2] No depositions will be taken from October 15, 2025 to November 18, 2025 due to attorney unavailability.

after the new fact discovery deadline.

## CONCLUSION

For these reasons, the Parties respectfully request that this Court grant their request for a limited extension to discovery and related deadlines.

Dated: May 14, 2025

Respectfully submitted,

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | MARSH USA INC. (n/k/a MARSH USA LLC) |
| By its attorneys, | By its attorneys, |
| /s/ Robert J. Gilbert<br>Robert J. Gilbert (BBO# 565466)<br>Daniel W. Sack (BBO# 699290)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001<br>robert.gilbert@lw.com<br>daniel.sack@lw.com | /s/ Denise M. Paarlberg<br>Jonathan I. Handler (BBO #561475)<br>Denise M. Paarlberg (BBO #713970)<br>DAY PITNEY LLP<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>Telephone: (617) 345-4600<br>Facsimile: (617) 345-4745<br>jihandler@daypitney.com<br>dpaarlberg@daypitney.com |

## Local Rule 7.1 Certification

I hereby certify that counsel have conferred pursuant to Local Rule 7.1 in an effort to narrow or avoid this motion, and both parties have agreed to jointly seek the relief requested herein.

/s/ Robert J. Gilbert
Robert J. Gilbert

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on May 14, 2025 to those identified as non-registered participants.

                                            /s/ Robert J. Gilbert
                                            Robert J. Gilbert