UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                Plaintiff,

      v.

MARSH USA INC.,

                Defendant.

Civil Action No.: 1:23-cv-13017-ADB

**JOINT MOTION FOR EXTENSION OF
DISCOVERY AND RELATED DEADLINES**

The Plaintiff, President and Fellows of Harvard College, and the Defendant, Marsh USA Inc.,[1] (collectively, the "Parties") in the above captioned action jointly move for an extension of discovery and related deadlines as follows:

1. The status of discovery is currently as follows:

    a. The Parties have exchanged document requests and interrogatories and have made progress in producing responsive documents and providing written discovery responses;

    b. the Parties have exchanged numerous communications regarding their respective productions and written discovery responses in an effort to limit discovery motion practice, and those communications are continuing; and

    c. the Parties have served deposition notices for several key witnesses.

---

[1] Marsh USA Inc. is now known as "Marsh USA LLC." Marsh USA Inc. and Marsh USA LLC will be referred to collectively here as "Marsh."

1

2. In view of the Parties' continuing efforts to complete discovery, the Parties request an extension to the discovery and related deadlines as set forth in the Parties' May 14, 2025 Joint Motion (Dkt. 40), which the Court granted the next day (Dkt. 41).

3. The Parties seek to amend the existing deadlines as follows:

   a. **Fact Discovery.**

      i. All fact discovery shall be completed by December 12, 2025.[2]

      ii. All document production shall be completed by August 29, 2025.

      iii. All interrogatories shall be served by August 29, 2025.

      iv. Requests for admission under Fed. R. Civ. P. 36 must be served no later than December 5, 2025.

   b. **Expert Discovery.**

      i. Expert disclosures (if any) pursuant to Rule 26(a)(2) by the party bearing the burden of proof shall be made by January 16, 2026.

      ii. Expert rebuttal disclosures shall be made by February 20, 2026.

      iii. Expert sur-rebuttal disclosures (if any) shall be made by March 6, 2026.

      iv. Expert depositions shall be completed by April 3, 2026.

   c. **Dispositive Motions.**

      i. Pre-trial dispositive motions, including motions for summary judgment, partial summary judgment, and judgment on the pleadings, shall be filed on or before May 1, 2026.

      ii. Oppositions to pre-trial dispositive motions must be filed by May 29, 2026.

      iii. Replies to pre-trial dispositive motions must be filed by June 19, 2026.

4. In all other respects, this Court's September 27, 2024 Scheduling Order (Dkt. 29) continues to apply.

---

[2] No depositions will be taken from October 15, 2025 to November 18, 2025 due to attorney unavailability.

5. This is the third request by the Parties for an extension to such dates and no pre-trial conference has been set. The Court has scheduled a remote status conference for August 19, 2025 (Dkt. 41). Assuming the Court intended to hold this status conference shortly after the close of discovery, the Parties respectfully request the Court to postpone this status conference until after the new fact discovery deadline.

## CONCLUSION

For these reasons, the Parties respectfully request that this Court grant their request for an extension of discovery and related deadlines.

Dated: August 1, 2025                                    Respectfully submitted,

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | MARSH USA INC. (n/k/a MARSH USA LLC) |
| By its attorneys, | By its attorneys, |
| /s/ Robert J. Gilbert<br>Robert J. Gilbert (BBO# 565466)<br>Daniel W. Sack (BBO# 699290)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001<br>robert.gilbert@lw.com<br>daniel.sack@lw.com | /s/ Denise M. Paarlberg<br>Jonathan I. Handler (BBO #561475)<br>Denise M. Paarlberg (BBO #713970)<br>DAY PITNEY LLP<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>Telephone: (617) 345-4600<br>Facsimile: (617) 345-4745<br>jihandler@daypitney.com<br>dpaarlberg@daypitney.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on August 1, 2025 to those identified as non-registered participants.

      /s/ Robert J. Gilbert
      Robert J. Gilbert

**Local Rule 7.1 Certification**

I hereby certify that counsel have conferred pursuant to Local Rule 7.1 in an effort to narrow or avoid this motion, and both parties have agreed to jointly seek the relief requested herein.

/s/ Robert J. Gilbert
Robert J. Gilbert
