## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                              Plaintiff,

            v.                                    Civil Action No.: 1:23-cv-13017-ADB

MARSH USA INC.,

                              Defendant.

## JOINT MOTION FOR EXTENSION
## OF DISCOVERY DEADLINES BY ONE WEEK

The Plaintiff, President and Fellows of Harvard College, and the Defendant, Marsh USA Inc.,[1] (collectively, the "Parties") jointly move for a one-week extension of the fact and expert discovery deadlines. In support of that request, the Parties state:

1. The status of discovery is currently as follows:

    a. The Parties have exchanged document requests and interrogatories and have completed all written responses and document productions (subject to any necessary further supplementation);

    b. the Parties have exchanged numerous communications regarding their respective productions and written discovery responses in an effort to limit discovery motion practice, and those communications have been productive and are continuing; and

    c. the Parties have served deposition notices for all party and non-party witnesses and

---

[1] Marsh USA Inc. is now known as "Marsh USA LLC." Marsh USA Inc. and Marsh USA LLC will be referred to collectively here as "Marsh."

largely agreed to dates for these depositions in December.

2.      In view of these continuing efforts to complete discovery, the Parties request a one-week extension of fact discovery from December 12, 2025 to December 19, 2025.[2]

3.      The Parties also request a one-week extension of expert discovery as follows:

    a.   Expert disclosures (if any) pursuant to Rule 26(a)(2) by the party bearing the burden of proof shall be made by January 30, 2026.

    b.   Expert rebuttal disclosures shall be made by March 6, 2026.

    c.   Expert sur-rebuttal disclosures (if any) shall be made by March 20, 2026.

    d.   Expert depositions shall be completed by April 10, 2026.

4.      In all other respects, this Court's September 27, 2024 Scheduling Order (Dkt. 29), as amended by the August 1, 2025 Order (Dkt. 44), would remain unchanged and continue to apply.[3]

5.      While the Court indicated in its August 1, 2025 Order (Dkt. 44) that further extensions would be unlikely, this request only seeks to extend the current fact and expert discovery deadlines by one (1) week to accommodate the need to coordinate depositions among multiple counsel and witnesses and would have no effect on the remaining deadlines, including the summary judgment deadlines.

---

[2] This would also extend by one week the current deadline for serving requests for admission under Fed. R. Civ. P. 36.

[3] The Court scheduled a status conference for December 16, 2025, and the Parties see no need to reschedule that unless the Court prefers to do so.

**CONCLUSION**

For these reasons, the Parties respectfully request that this Court grant their request for a one-week extension of the discovery deadlines.

Dated:  November 10, 2025

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | Respectfully submitted,<br>MARSH USA INC. (n/k/a MARSH USA LLC) |
| By its attorneys, | By its attorneys, |
| /s/ _Daniel W. Sack_____<br>Robert J. Gilbert (BBO# 565466)<br>Daniel W. Sack (BBO# 699290)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001<br>robert.gilbert@lw.com<br>daniel.sack@lw.com | /s/ _Victoria R. Whalen_____<br>Jonathan I. Handler (BBO # 561475)<br>Denise M. Paarlberg (BBO # 713970)<br>Victoria R. Whalen (BBO # 712540)<br>DAY PITNEY LLP<br>One Federal Street, 29th Floor<br>Boston, MA 02110<br>Telephone: (617) 345-4600<br>Facsimile: (617) 345-4745<br>jihandler@daypitney.com<br>dpaarlberg@daypitney.com<br>twhalen@daypitney.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on November 10, 2025 to those identified as non-registered participants.

_/s/ Victoria R. Whalen_____

Victoria R. Whalen