# Exhibit 1

110. Harvard is entitled to a judicial determination by this Court that Marsh is liable to Harvard for all damages causally resulting from the lack of coverage under the Zurich Policy (and potentially other excess policies) resulting from Marsh's professional negligence in failing to provide timely notice to Zurich (and potentially other excess insurers) and Zurich's resulting successful denial of coverage. Such a judicial determination is necessary and appropriate at this time under the circumstances.

### Prayer for Relief

WHEREFORE, Harvard respectfully requests:

A. Judgment in an amount equivalent to all defense costs, fees, and expenses paid or to be paid by Harvard in connection with the SFFA Claim in excess of $27.5 million;

B. A declaration that Marsh breached the Broker Agreement;

C. A declaration that Marsh committed professional negligence;

D. A declaration that Marsh is liable to Harvard for all damages incurred by Harvard due to the lack of coverage under the Zurich Policy and possibly other excess E&O policies with respect to the defense costs, fees, and expenses incurred or to be incurred by Harvard in connection with the SFFA Claim and the attorneys' fees incurred in the coverage litigation with Zurich;

E. Costs, attorneys' fees, and expenses incurred by Harvard for this action;

F. Pre-judgment and post-judgment interest, as provided by law; and

G. Such other and further relief as the Court may deem just and proper.