# Exhibit 8

**From:** Handler, Jonathan I.
**Sent:** Tuesday, January 13, 2026 6:04 PM
**To:** 'Robert.Gilbert@lw.com'; Paarlberg, Denise M.; Whalen, Tori
**Cc:** Sonali.Howe@lw.com; Phebe.Hong@lw.com; Daniel.Sack@lw.com
**Subject:** RE: Harvard/Marsh  - continuation of deposition of 30(b)(6)/Ross

Thanks for this.  We're checking schedules, but before the parties settle on a date to reconvene we need to know if Harvard intends to amend its interrogatory answers on damages again as Ms. Ross suggested yesterday.  Can you let us know?

Best regards,

Jonathan



**Jonathan I. Handler**
Attorney at Law | Attorney Bio

One Federal Street, 29th Floor
Boston, MA 02110
E:  jihandler@daypitney.com
D:  617.345.4734  |  M: 617.717.9230  |  F: 617.206.9324

---

**From:** Robert.Gilbert@lw.com <Robert.Gilbert@lw.com>
**Sent:** Tuesday, January 13, 2026 9:58 AM
**To:** Handler, Jonathan I. <jihandler@daypitney.com>; Paarlberg, Denise M. <dpaarlberg@daypitney.com>; Whalen, Tori <twhalen@daypitney.com>
**Cc:** Sonali.Howe@lw.com; Phebe.Hong@lw.com; Daniel.Sack@lw.com
**Subject:** Harvard/Marsh - continuation of deposition of 30(b)(6)/Ross

**CAUTION - EXTERNAL EMAIL**
**DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

---

Hi Jonathan – Sonya Ross unfortunately is unavailable next Tuesday.  If you want to hold that date to complete the Marsh 30(b)(6)/Berube deposition, I can do that.

Ms. Ross is available next Wednesday and Thursday, as am I.

Kind regards - Bob

**Robert J. Gilbert**

**LATHAM & WATKINS LLP**
200 Clarendon Street | Boston, MA 02116
D: +1.617.948.6059

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.