# Exhibit 9

| | |
|---|---|
| **From:** | Paarlberg, Denise M. |
| **Sent:** | Wednesday, January 21, 2026 5:21 PM |
| **To:** | Phebe.Hong@lw.com |
| **Cc:** | Whalen, Tori; Handler, Jonathan I.; Robert.Gilbert@lw.com; Daniel.Sack@lw.com; Sonali.Howe@lw.com |
| **Subject:** | Re: Harvard v. Marsh \| Requests for Admission |

Counsel:

We are considering your proposal and will get back to you tomorrow. In the meantime, please confirm when Harvard will serve its amended interrogatory responses.

Thanks,

Denise


On Jan 21, 2026, at 14:11, Phebe.Hong@lw.com wrote:

**CAUTION - EXTERNAL EMAIL**
**DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Counsel,

In light of the ongoing Rule 30(b)(6) depositions, we propose that Requests for Admission be due seven (7) days after the completion of all fact depositions, with responses due thirty (30) days thereafter. Please let us know if Marsh agrees.

Best,
Phebe

**Phebe Hong**

**LATHAM & WATKINS LLP**
200 Clarendon Street | Boston, MA 02116
M: +1.617.416.7923

**From:** Hong, Phebe (BN)
**Sent:** Friday, January 9, 2026 10:50 AM
**To:** 'Paarlberg, Denise M.' <dpaarlberg@daypitney.com>; Whalen, Tori <twhalen@daypitney.com>; Handler, Jonathan I. <jihandler@daypitney.com>
**Cc:** Gilbert, Bob (BN) <Robert.Gilbert@lw.com>; Sack, Daniel (BN) <Daniel.Sack@lw.com>; Howe, Sonali