# Exhibit 10

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


                                    )
PRESIDENT AND FELLOWS OF            )
HARVARD COLLEGE,                    )
                                    )           Civil Action
          Plaintiff,                )           No. 23-13017-ADB
                                    )
v.                                  )
                                    )
MARSH USA INC.,                     )
                                    )
          Defendant.                )
                                    )


             BEFORE THE HONORABLE ALLISON D. BURROUGHS
                   UNITED STATES DISTRICT JUDGE


                         VIDEOCONFERENCE


                       December 16, 2025




          John J. Moakley United States Courthouse
                      One Courthouse Way
                 Boston, Massachusetts  02210
```

Kelly Mortellite, RPR, RMR, CRR
Official Court Reporter
One Courthouse Way, Room 3200
Boston, Massachusetts  02210
mortellite@gmail.com

```
 1   APPEARANCES:

 2   Counsel on behalf of Plaintiff:
     Robert J. Gilbert
 3   Latham & Watkins LLP
     200 Clarendon Street
 4   Boston, MA 02116
     617-948-6000
 5   robert.gilbert@lw.com

 6
     Counsel on behalf of Defendant:
 7   Jonathan I. Handler
     Denise M. Paarlberg
 8   Day Pitney LLP
     One Federal Street
 9   Suite 2900
     Boston, MA 02110
10   617-345-4734
     jihandler@daypitney.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                P R O C E E D I N G S
 2      (Case called to order.)
 3             COURTROOM CLERK:  Will counsel identify themselves for
 4      the record.
 5             MR. GILBERT:  Good morning, Your Honor.  For President
 6      and Fellows of Harvard College, Bob Gilbert.
 7             MR. HANDLER:  Good morning, Your Honor.  Jonathan
 8      Handler for Marsh USA.  My colleague Denise Paarlberg is with
 9      me.
09:02 10             THE COURT:  I usually call a status conference at the
11      end of fact discovery, and when we extended your fact discovery
12      deadline by a week, I didn't bother moving the conference.
13      We're just a couple of days early.  I know you have a little
14      bit of discovery left.  I'm just checking in on the schedule.
15      Are you all still anticipating expert discovery?
16             MR. GILBERT:  We are, Your Honor.  Plaintiffs expect
17      to designate two experts, one on damages, one on standard of
18      care.
19             THE COURT:  All right.  And then what about summary
09:03 20      judgment motions after that?
21             MR. GILBERT:  We anticipate filing a summary judgment
22      motion.
23             THE COURT:  Okay.  Then I'm just going to leave the
24      schedule as it is, and I know we bumped off the expert
25      deadlines, but the summary judgment I think is still due
```

```
 1   sometime in May, and we'll just take it from there.
 2            If you all decide not to file summary judgment
 3   motions, if you could let us know, and we'll bring you in and
 4   get a trial date if we need one.
 5            MR. GILBERT:  Thank you.  In the interest of
 6   transparency, we do have the deadline coming up.  There are two
 7   depositions who are not completed.  And by assent of counsel,
 8   we would like to finish those in early January.
 9            THE COURT:  Well, here is the thing.  I don't actually
10   care what you do, except I'm not moving any other deadlines.
11            MR. GILBERT:  We do not anticipate having to come to
12   request any deadlines to be moved.
13            THE COURT:  The expert discovery schedule is quite
14   lengthy, so you should have some wiggle room in there to get
15   done what you want to get done.
16            MR. GILBERT:  Thank you.
17            THE COURT:  I'm more concerned about the end point
18   than I am about the middle points.
19            All right.  Anything else for today, gang?
20            MR. HANDLER:  Nothing here, Your Honor.  Thank you.
21            THE COURT:  All right.  Thanks, everyone.  Have a good
22   holiday.  We're in recess.
23            (Adjourned, 9:04 a.m.)
24
25
```

CERTIFICATE OF OFFICIAL REPORTER


I, Kelly Mortellite, Registered Professional Reporter, Registered Merit Reporter and Certified Realtime Reporter, in and for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing transcript is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter to the best of my skill and ability.

Dated this <u>21st day of January, 2026.</u>


/s/ Kelly Mortellite

_____

Kelly Mortellite, RPR, RMR, CRR

Official Court Reporter