**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>MARSH USA INC.,<br><br>Defendant. | Civil Action No.: 1:23-cv-13017-ADB |

**JOINT MOTION FOR LIMITED EXTENSION OF**
**OPPOSITION DEADLINES AND LEAVE TO FILE REPLIES**

The Plaintiff, President and Fellows of Harvard College ("Harvard"), and the Defendant, Marsh USA Inc.[1] ("Marsh"), (collectively, the "Parties") jointly move for a limited extension of Harvard's opposition deadlines and for leave for Marsh to file reply briefs as set forth below. As grounds for this motion, the Parties state:

1. On June 8, 2026, the Parties each filed an opposition to the other's motion for summary judgment. *See* Dkt. 130, 138. On the same date, Harvard filed oppositions to Marsh's motions to strike the expert reports and testimony of Gary Greenfield (Dkt. 134) and Timothy Greene (Dkt. 135), and Marsh filed motions to strike the Declarations of Sonya Ross (Dkt. 115) and Felicia Ellsworth (Dkt. 126).

2. The Parties now jointly seek extensions to Harvard's opposition deadlines and for Marsh to be permitted to file replies as follows:.

---

[1] Marsh USA Inc. is now known as "Marsh USA LLC." Marsh USA Inc. and Marsh USA LLC will be referred to collectively here as "Marsh."

a. Harvard's oppositions to Marsh's motions to strike the Declarations of Sonya Ross and Felicia Ellsworth are currently due on June 22, 2026. Because these motions to strike raise issues that are part and parcel of the Parties' summary judgment replies, the Parties request that the deadline for Harvard's oppositions be extended to **July 10, 2026**, the current deadline for the parties' summary judgment replies.[2]

b. The Parties further request that Marsh be permitted to file reply briefs, not to exceed ten (10) pages each, to Harvard's oppositions to Marsh's motions to strike the Declarations of Sonya Ross and Felicia Ellsworth, with a requested deadline of **July 31, 2026**.

c. The Parties also request that Marsh be permitted to file reply briefs, not to exceed ten (10) pages each, to Harvard's oppositions to Marsh's motions to strike the expert reports and testimony of Gary Greenfield and Timothy Greene, with a requested deadline of **July 10, 2026**.

d. If the Court grants this Joint Motion, the remaining deadlines – including those already set by the Court – would be as follows:

| **Filings** | **Date** |
|---|---|
| Parties' Reply Briefs in support of their respective Motions for Summary Judgment (ECF Nos. 94 & 98) | July 10, 2026 |
| Harvard's Oppositions to Marsh's Motions to Strike Ross & Ellsworth Declarations (ECF Nos. 115 & 126) | July 10, 2026 |
| Marsh's Reply Briefs in support of its Motions to Strike Greenfield & Green Reports (ECF Nos. 84 & 89) | July 10, 2026 |
| Marsh's Reply Briefs in support of its Motions to Strike Ellsworth & Ross Declarations (ECF Nos. 115 & 126) | July 31, 2026 |

[2] The Parties' responses to the Supplemental Statements of Facts filed on June 8, 2026 are likewise due on July 10, 2026. *See* Dkt. 131, 137.

WHEREFORE, the Parties respectfully request that this Court enter an order:

(1) extending the deadline for Harvard's oppositions to Marsh's motions to strike the Ellsworth and Ross declarations from June 22, 2026 to **July 10, 2026;**

(2) granting Marsh leave to file replies, not to exceed ten (10) pages each, to Harvard's oppositions to Marsh's motions to strike the Declarations of Sonya Ross and Felicia Ellsworth, by **July 31, 2026**; and

(3) granting Marsh leave to file replies, not to exceed ten (10) pages each, to Harvard's oppositions to Marsh's motions to strike the expert reports and testimony of Gary Greenfield and Timothy Greene, by **July 10, 2026**.

Dated: June 12, 2026

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

By its attorneys,

*/s/ Phebe Hong*

Paul Moura (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
paul.moura@lw.com

Daniel W. Sack (BBO# 699290)
Phebe Hong (BBO# 709275)
Michael J. Foley, Jr. (BBO# 705353)
Sonali A. Howe (BBO# 715280)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
daniel.sack@lw.com
phebe.hong@lw.com
mike.foley@lw.com
sonali.howe@lw.com

Robert J. Gilbert (BBO# 565466)
PILLSBURY WINTHROP SHAW PITTMAN LLP
10 Post Office Square, Floor 8
Boston, MA 02109
Telephone: (857) 323-5420
bob.gilbert@pillsburylaw.com

MARSH USA INC.
(n/k/a MARSH USA LLC)

By its attorneys,

*/s/ Denise M. Paarlberg*

Jonathan I. Handler (BBO #561475)
Keith H. Bensten (BBO #568780)
Denise M. Paarlberg (BBO #713970)
Victoria R. Whalen (BBO #712540)
DAY PITNEY LLP
One Federal Street, 29th Floor
Boston, MA 02110
Telephone: (617) 345-4600
Facsimile: (617) 345-4745
jihandler@daypitney.com
kbensten@daypitney.com
dpaarlberg@daypitney.com
twhalen@daypitney.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on June 12, 2026 to those identified as non-registered participants.

*/s/ Phebe Hong*
Phebe Hong